United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-13420-MCR
Patricia Lynn Caplan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 3
Date Rcvd: Apr 18, 2025      Form ID: 309I      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Lynn Caplan, 25 Ethelwood Court, Olney, MD 20832-2900 |
| 32829191 | + | Cherrywood HOA, PO Box 159, Olney, MD 20830-0159 |
| 32829198 | + | EZ Pass Maryland, PO Box 141578, Austin, TX 78714-1578 |
| 32829199 | + | Herbert M Juarbe, MD, Washington Endocrinology, 806 W Diamond Ave Ste 310, Gaithersburg, MD 20878-1415 |
| 32829201 | + | James Clarke, Atlantic Law Group LLC, PO Box 2548, Leesburg, VA 20177-7754 |
| 32829203 | + | Mary Hurley, Orlans PC, 1602 Village Market Blvd SE Ste 310, Leesburg, VA 20175-4716 |
| 32829206 | + | Maryland Retina Institute LLC, 2919 Olney Sandy Spring Road Suite D, Olney, MD 20832-1589 |
| 32829209 | | Novant Health, PO Box 8471, Pompano Beach, FL 33075-8471 |
| 32829212 | + | Sandy Spring Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 32829213 | + | Servpro, 850 E Gude Dr, Ste H, Rockville, MD 20850-1387 |
| 32829220 | | WSSC Water, 1451 Sweitzer Ln, Laurel, MD 20707 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wgrafton@graftonfirm.com | Apr 18 2025 19:33:00 | William A Grafton, Grafton Firm, LLC, 920 Providence Road, Ste 100, Towson, MD 21286 |
| tr | + | Email/Text: cmecf@chapter13maryland.com | Apr 18 2025 19:33:00 | Timothy P. Branigan, 9891 Broken Land Parkway, Suite 301, Columbia, MD 21046-3002 |
| 32829194 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 18 2025 19:33:00 | Comptroller of Maryland, 110 Carroll Street, Annapolis, MD 21411 |
| 32829188 | + | EDI: CAPITALONE.COM | Apr 18 2025 23:20:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32829189 | + | EDI: CAPITALONE.COM | Apr 18 2025 23:20:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 32829192 | + | EDI: WFNNB.COM | Apr 18 2025 23:20:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32829193 | + | EDI: WFNNB.COM | Apr 18 2025 23:20:00 | Comenity Bank/Pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 32829195 | + | EDI: CCS.COM | Apr 18 2025 23:20:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 32829196 | + | EDI: CCS.COM | Apr 18 2025 23:20:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 32829197 | | EDI: MAXMSAIDV | Apr 18 2025 23:20:00 | Dept of Ed/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 32829200 | + | EDI: IRS.COM | Apr 18 2025 23:20:00 | Internal Revenue Service, ATTN: INSOLVENCY UNIT, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32829202 | | Email/Text: govtaudits@labcorp.com | | |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 309I | Total Noticed: 36 |

|  |  |  |  |
|---|---|---|---|
|  |  | Apr 18 2025 19:33:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 32829205 | Email/Text: mvabankruptcynotices@mdot.maryland.gov | Apr 18 2025 19:33:00 | Maryland Motor Vehicle Administration, 6601 Ritchie Highway, N.E., Glen Burnie, MD 21062 |
| 32829207 | Email/Text: Bankruptcy@medstar.net | Apr 18 2025 19:33:00 | MedStar Health, PO Box 411019, Boston, MA 02241 |
| 32829204 | ^ MEBN | Apr 18 2025 19:29:06 | Maryland Department of Transportation, Motor Vehicle Administration, 6 St Paul St, Baltimore, MD 21202-6806 |
| 32829208 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 19:33:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 32829210 | ^ MEBN | Apr 18 2025 19:28:39 | Rent Recovery Solution LLC, Attn: Bankruptcy, 1945 The Exchange Se, Ste 120, Atlanta, GA 30339-2062 |
| 32829211 | ^ MEBN | Apr 18 2025 19:28:38 | Rent Recovery Solution LLC, 1945 The Exchange Se, Atlanta, GA 30339-2057 |
| 32829190 | Email/Text: ccubankruptcy.notices@maryland.gov | Apr 18 2025 19:33:00 | Central Collections Unit, 300 W Preston Street, Baltimore, MD 21201 |
| 32829215 | + EDI: SYNC | Apr 18 2025 23:20:00 | Synchrony Bank/Banana Republic, Po Box 71727, Philadelphia, PA 19176-1727 |
| 32829214 | + EDI: SYNC | Apr 18 2025 23:20:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32829216 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 18 2025 19:43:56 | US Dept of Housing & Urban Development, 451 7th St SW, Washington, DC 20410-0002 |
| 32829217 | + EDI: VERIZONCOMB.COM | Apr 18 2025 23:20:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 32829218 | + EDI: VERIZONCOMB.COM | Apr 18 2025 23:20:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 32829219 | Email/Text: bankruptcy.accounts@wakeassoc.com | Apr 18 2025 19:33:00 | Wakefield & Associates Inc, 7005 Middlebrook Pike, PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 20, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0416-0 User: admin Page 3 of 3
Date Rcvd: Apr 18, 2025 Form ID: 309I Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Timothy P. Branigan | cmecf@chapter13maryland.com |
| William A Grafton | wgrafton@graftonfirm.com graftonfirmecf@gmail.com,r80869@notify.bestcase.com,wgrafton@ecf.courtdrive.com |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Patricia Lynn Caplan** | Social Security number or ITIN | xxx–xx–3835 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Maryland** | Date case filed for chapter 13 | 4/17/25 |
| Case number: | 25–13420 MCR    Chapter: 13 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Patricia Lynn Caplan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 25 Ethelwood Court<br>Olney, MD 20832 | |
| 4. | **Debtor's attorney**<br>Name and address | William A Grafton<br>Grafton Firm, LLC<br>920 Providence Road<br>Ste 100<br>Towson, MD 21286 | Contact phone 410–870–9315<br>Email: wgrafton@graftonfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046 | Contact phone 410–290–9120<br>Email: cmecf@chapter13maryland.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br>Contact phone (301) 344–8018<br>Date: 4/18/25 |

**For more information, see page 2 >**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

Debtor  **Patricia Lynn Caplan**                                                                                                                         Case number **25–13420**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 29, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 634 496 8433, and Passcode 1762473309, OR call 1–240–759–3047**<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br> You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/28/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/26/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/14/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at  www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to object to plan:**<br>Creditor's objections to the plan must be filed and copies served on the Chapter 13 Trustee, the debtor, and the debtor's attorney no later than 7 days before the date set for hearing on confirmation of the plan. | |
| | **Deadline to file certain pleadings:**<br>Debtor's motions to value collateral, motions to avoid liens, and all other motions which may impact the debtor's plan, should be filed by   5/29/25 | |
| **9. Filing of plan** | **The debtor has filed a plan.** If the chapter 13 trustee recommends confirmation, and no timely objections to confirmation are filed, then the court may confirm the plan, and there will be no confirmation hearing. Timely filed objections to confirmation of the plan and motions to convert or dismiss, will be taken up at the Plan Confirmation Hearing. The Plan Confirmation Hearing will be held:<br>Date: **6/24/25**   Time: **02:00 PM**<br>Location: **By Video Conference – Contact case trustee for hearing information.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |
| **14. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |