IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| PATRICIA L. CAPLAN, | * | Case No.: 25-13420 |
| Debtor. | * | Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned counsel enters his appearance in this case on behalf of Cherrywood Homeowners Association, Inc. The request is made that the documents filed in this case and identified below be served on the undersigned counsel through the ECF notification system or via U.S. mail to Nagle & Zaller, P.C., 8840 Stanford Boulevard, Suite 1800, Columbia, Maryland 21045.

Respectfully submitted,

*/s/ John E. Tsikerdanos*
John E. Tsikerdanos, Bar No. 29060
Nagle & Zaller, P.C.
8840 Stanford Boulevard, Suite 1800
Columbia, Maryland 21045
P: 410-740-8100
F: 410-740-3183
E-Mail: john@naglezaller.com
Attorneys for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically via the CM/ECF system or in the alternative, were mailed a copy of the foregoing on May 14, 2025, via first class, postage prepaid, upon the following:

William A. Grafton, Esquire
Grafton Firm, LLC
920 Providence Road, Suite 100
Towson, Maryland 21286
wgrafton@graftonfirm.com

Timothy P. Branigan, Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, Maryland 21046
cmecf@chapter13maryland.com

*/s/ John E. Tsikerdanos*
John E. Tsikerdanos, Bar No. 29060