# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 25-13420-MCR |
| PATRICIA LYNN CAPLAN, | |
| Debtor. | Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Gregory Mullen and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Nationstar Mortgage LLC servicer for U.S. Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 ("Creditor"), in the above-captioned case related to the property located at 25 Ethelwood Court, Olney, MD 20832 and the loan number ending XXXXX6736 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Gregory Mullen
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
bankruptcy@bww-law.com

Respectfully Submitted,

Dated: May 22, 2025

_____/s/ Gregory C. Mullen_____
Gregory Mullen, MD Fed. Bar No. 29635
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

BWW#: MD-377472

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of May, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Trustee          William A. Grafton, Esq.

      I hereby further certify that on this 22nd day of May, 2025, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Patricia Lynn Caplan
25 Ethelwood Court
Olney, MD 20832

                                                                  */s/ Gregory C. Mullen*
                                           Gregory Mullen, MD Fed. Bar No. 29635
                                           BWW Law Group, LLC
                                           6003 Executive Blvd, Suite 101
                                           Rockville, MD  20852
                                           301-961-6555
                                           301-961-6545 (facsimile)
                                           bankruptcy@bww-law.com
                                           *Attorney for the Creditor*

BWW#: MD-377472