Label Matrix for local noticing
0416-0
Case 25-13420
District of Maryland
Greenbelt
Tue Jul 15 11:28:16 EDT 2025

Nationstar Mortgage LLC
ALDRIDGE PITE, LLP
c/o Jesse A.P. Baker
3333 Camino del Rio South,
Suite 225
San Diego, CA 92108-3808

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

(p)STATE OF MARYLAND CENTRAL COLLECTION UNIT
ATTN OFFICE OF THE ATTORNEY GENERAL
300 W PRESTON ST RM 407
BALTIMORE MD 21201-2309

Cherrywood HOA
PO Box 159
Olney, MD 20830-0159

Cherrywood Homeowners Association, Inc.
c/o Nagle & Zaller, P.C.
8840 Stanford Boulevard, Suite 1800
Columbia, Maryland 21045-5833

Comenity Bank/Pier 1
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Pier 1
Po Box 182789
Columbus, OH 43218-2789

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Credit Collection Services
Po Box 607
Norwood, MA 02062-0607

Dept of Ed/Navient
Attn: Claims Dept
PO Box 9635
Wilkes Barre, PA 18773-9635

Herbert M Juarbe, MD
Washington Endocrinology
806 W Diamond Ave Ste 310
Gaithersburg, MD 20878-1415

Internal Revenue Service
ATTN: INSOLVENCY UNIT
PO Box 7346
Philadelphia, PA 19101-7346

James Clarke
Atlantic Law Group LLC
PO Box 2548
Leesburg, VA 20177-7754

(p)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

Mary Hurley
Orlans PC
1602 Village Market Blvd SE Ste 310
Leesburg, VA 20175-4716

Maryland Department of Transportation
Motor Vehicle Administration
6 St Paul St
Baltimore, MD 21202-6806

(p)MDOT MVA
6601 RITCHIE HIGHWAY
GLEN BURNIE MD 21062-1000

Maryland Retina Institute LLC
2919 Olney Sandy Spring Road Suite D
Olney, MD 20832-1589

(p)MEDSTAR HEALTH
8013 CORPORATE DRIVE
SUITE A
WHITE MARSH MD 21236-4975

Nationstar Mortgage LLC servicer for U.S. Ba
Gregory Mullen
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Nationstar/mr Cooper
350 Highland
Houston, TX 77009-6623

(p)NOVANT HEALTH
480 WEST HANES MILL ROAD
WINSTON SALEM NC 27105-9667

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rent Recovery Solution LLC
1945 The Exchange Se
Atlanta, GA 30339-2057

Rent Recovery Solution LLC
Attn: Bankruptcy
1945 The Exchange Se, Ste 120
Atlanta, GA 30339-2062

Sandy Spring Bank
PO Box 790408
Saint Louis, MO 63179-0408

Servpro
850 E Gude Dr
Ste H
Rockville, MD 20850-1387

Synchrony Bank/Banana Republic
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Banana Republic
Po Box 71727
Philadelphia, PA 19176-1727

U.S. Bank National Association,
C/O Nationstar Mortgage LLC
Attn: Bankruptcy Dept
PO Box 619096
Dallas TX 75261-9096

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

Verizon
500 Technology Dr
Weldon Spring, MO 63304-2225

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304-2225

Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

WSSC Water
1451 Sweitzer Ln
Laurel, MD 20707

(p)WAKEFIELD & ASSOCIATES
PO BOX 58
FORT MORGAN CO 80701-0058

Nagle & Cherrywood Homeowners Association, I
c/o Nagle & Zaller, P.C.
8840 Stanford Boulevard, Suite 1800
Columbia, MD 21045-5833

Patricia Lynn Caplan
25 Ethelwood Court
Olney, MD 20832-2900

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046-3002

William A Grafton
Grafton Firm, LLC
920 Providence Road
Ste 100
Towson, MD 21286-2976

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Central Collections Unit
300 W Preston Street
Baltimore, MD 21201

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411

Laboratory Corporation of America
PO Box 2240
Burlington, NC 27216-2240

Maryland Motor Vehicle Administration
6601 Ritchie Highway, N.E.
Glen Burnie, MD 21062

MedStar Health
PO Box 411019
Boston, MA 02241

Novant Health
PO Box 8471
Pompano Beach, FL 33075-8471

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

U.S. Department of Housing and Urban Develop
801 Market Street 12th Floor
Philadelphia, PA 19107

(d)US Dept of Housing & Urban Development
451 7th St SW
Washington, DC 20410

Wakefield & Associates Inc
7005 Middlebrook Pike
PO Box 50250
Knoxville, TN 37950-0250

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC servicer for U.S.

(u)EZ Pass Maryland
INVALID ADDRESS PROVIDED

(d)Nationstar Mortgage LLC
ALDRIDGE PITE, LLP
c/o Jesse A.P. Baker
3333 Camino del Rio South,
Suite 225
San Diego, CA 92108-3808

End of Label Matrix
Mailable recipients     43
Bypassed recipients      3
Total                   46